PROB 12  
(Rev. 11/04)



FILED
CLERK, U.S. DISTRICT COURT
2/12/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

# United States District Court
for  
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Michael Anthony Harris        Docket No.: EDCR17-00001-JGB

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael Anthony Harris who was placed on supervision by the Honorable PAUL J. KELLY, JR IN THE DISTRICT OF NEW MEXICO, on the 6th day of November, 2000 who fixed the period of supervision at 10 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **Jurisdiction was transferred to the Central District of California on January 6, 2017.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Harris traveled outside of the district without permission of the Probation Office or Court. This modification will allow the Probation Office to monitor Mr. Harris' compliance. Further, a modification for placement in a residential reentry center will provide shelter for Mr. Harris should he become homeless.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** If deemed necessary by the Probation Officer, defendant shall reside for a period of up to 180 days in a residential reentry center (community corrections component) and shall observe the rules of that facility.

The offender shall participate for a period of 60 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer.

The offender shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. The offender shall provide payment and proof of payment as directed by the Probation Officer.

ORDER OF COURT

Considered and ordered this 12th day of Feb., 2020 and ordered filed and made a part of the records in the above case.

_/s/_  
United States District Judge  
HONORABLE JESUS G. BERNAL

Respectfully,

KRISTOFFER CHANDLER /S/  
U. S. Probation & Pretrial Services Officer

Place: San Bernardino, California

Approved: BRYAN VANDER TUIG /S/  
Supervising U.S. Probation & Pretrial Services Officer

Date: February 10, 2020