| ✎ PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>5:17-cr-00001-JGB-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Michael Anthony Harris | DISTRICT<br>Central District of California | DIVISION<br>Eastern |
| | NAME OF SENTENCING JUDGE<br>Paul J. Kellly (District of New Mexico) | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>June 28, 2016 | TO<br>June 27, 2026 |

OFFENSE

21 USC 860(a) - Possession with Intent to Distribute a Controlled Substance Within 1000 Feet of a School
21 USC 851 – Enhancement Pursuant to USC 841(b)(1)(A)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Eastern District of Michigan</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

   ___September 2, 2020___                    _____
          *Date*                                *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___Michigan___

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

   _____                    _____
       *Effective Date*                         *United States District Judge*